[No. 31169-1-II.   Division Two.   June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAVANN ADRIAN STURGIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-00881-8, Barbara D. Johnson, J., entered December 2, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 31334-1-II.   Division Two.   June 21, 2005.]

DAVID M. BROWN, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-2-02285-7, Anna M. Laurie, J., entered January 23, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 31442-8-II.   Division Two.   June 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY BLAINE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01254-6, Anna M. Laurie, J., entered February 20, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

[No. 31703-6-II.   Division Two.   June 21, 2005.]

VALLEY/50TH AVENUE, L.L.C., *Appellant*, v. RANDALL STEWART, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-03746-5, Stephen M. Warning, J., entered April 30, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.